# Exhibit A

Health System » Transplant Center » Living donation - compatibility

# UC Davis Transplant Center

- UC Davis Transplant Center
- New Patient Referrals
- Living Donation
- Be a Living Donor
- Learn about Kidney Transplantation
- Non-living Donors
- Post Transplant Patient Education
- Our Results
- Our Team
- Map & Directions
- Contact Us
- Giving
- Resources

Be a living DONOR

## Matching and Compatibility

You may have heard discussions about matching and kidney transplantation. There are actually three tests that are done to evaluate donors. They are blood type crossmatch and HLA testing. This blood test is the first step in the process of living donation and determines if you are compatible or a match to your recipient.

### Blood Typing

There are 4 different blood types. The most common blood type is the nine population is type O. The next most common is blood type A then B and the rarest is blood type AB. The blood type of the donor must be compatible with the recipient. The rules for blood type in transplantation are the same as they are for blood transfusion. Some blood types can give to others and some may not. Blood type O is considered the universal donor. People with blood type O can give to any other blood type. Blood type AB is called the universal recipient because they can receive an organ or blood from people with any blood type. The chart below shows which blood type can donate to which

**If your blood type is:**     **You can donate to these blood types:**

TYPE O                         TYPE O A B AB

TYPE A                         TYPE A AB

TYPE B                         TYPE B AB

TYPE AB                        TYPE AB

### HLA Typing

HLA typing is also called tissue typing. HLA stands for human leukocyte antigen. Antigens are proteins on the cells in the body. Out of over 100 different antigens that have been identified there are six that have been shown to be the most important in organ transplantation. Of these six antigens, we inherit three from each parent.

Except in cases of identical twins and some siblings, it is rare to get a six-antigen match between two people especially if they are unrelated. The chance of a perfect or six-antigen match between two unrelated people is about one in 100,000. Kidneys are commonly transplanted between two people with no matching antigens without a rejection episode. In other cases where all six antigens matched, recipients have suffered from rejection. There is no way to predict who will experience a rejection episode. Living donors with a 6 antigen match do allow the recipients the opportunity for decreased immunosuppression.

News:

Related resources

# Exhibit B

› The Benefits of Transplant versus Dialysis

CENTERS AND DEPARTMENTS

# The Benefits of Transplant versus Dialysis

When your kidneys fail, you need one of two treatments to stay alive: a kidney transplant or <u>dialysis therapy</u> (either peritoneal dialysis or hemodialysis).

Many patients come to the Transplant Institute with the myth that they can live forever on dialysis, but this is simply not the case. While dialysis is a lifesaving treatment, it performs only about 10 percent of the work a functioning kidney does. Also because of its impact on the body, dialysis can cause other serious health problems and complications including:

- Anemia (a shortage of red blood cells, which diminishes oxygen and saps energy and strength)
- Bone disease
- High Blood Pressure
- Heart Disease
- Nerve Damage
- Infection

As a result, the average life expectancy for a patient on dialysis is generally five years.

## Longer Life with a Transplant

On the other hand, patients who receive a kidney transplant typically live longer than those who stay on dialysis. A living donor kidney functions, on average, 12 to 20 years, and a deceased donor kidney from 8 to 12 years.

Patients who get a kidney transplant before dialysis live an average of 10 to 15 years longer than if they stayed on dialysis. Younger adults benefit the most from a kidney transplant, but even adults as old as 75 gain an average of four more years after a transplant than if they had stayed on dialysis.

Research Favors Transplant

- Back to Transplant Institute
- Kidney
  - Your Kidney Transplant Team
  - How to Make an Appointment
  - **The Benefits of Transplant versus Dialysis**
  - Evaluation for Kidney Transplant
  - After the Kidney Evaluation
  - Accepted as a Kidney Transplant Patient
  - Where Does the Deceased Donor Organ Come From
  - Waiting for a Kidney to Become Available
  - Information for Living Kidney Donors
  - Preparations at the Hospital
  - The Kidney Transplant Operation
  - After Your Transplant
  - Support Services
  - Patient Education and Resources
  - Frequently Asked Questions

Frequently Asked Questions

## Research Favors Transplant

Some patients may need to spend time on dialysis as they wait for a good match from a deceased donor kidney or search for a living donor kidney. Spending a long time on dialysis does not ruin your chances of having a kidney transplant. But research shows that getting a transplant sooner rather than later is generally the best approach because of the health problems dialysis can cause over time.

Moreover, spending a long time on dialysis before transplantation may also compromise the life of the new kidney graft once transplant occurs. Published medical data has shown that the kidney will work much longer in patients transplanted before they start dialysis. Patients who wait for a transplant on dialysis for two years are three times more likely to lose their transplanted kidney than those patients who wait less than six months on dialysis. Even the benefits of a live donor kidney transplant may fade away if you wait too long (more than two years) on dialysis. So given the choice, patients who find a donor match and opt for transplantation tend to do better than those who elect to live on dialysis.

## Preemptive Transplantation

Preemptive transplantation refers to kidney transplantation before a patient needs to start dialysis therapy. Patients who get a preemptive transplant receive their kidney when their health is generally good, which can improve new kidney function and enhance overall health and life expectancy.

Almost all transplants before dialysis are from live donors. This is because kidneys from deceased donors are distributed in this region (UNOS Region 1, which includes Massachusetts, Maine, New Hampshire, Rhode Island and parts of Connecticut and Vermont) by a number of considerations, but wait time on the transplant list is one of the most important. You cannot start gaining time on the transplant list in Region 1 until you actually start on dialysis. Click here for more information about kidney transplantation before starting dialysis.

So having a live donor is the most common and best way to get transplanted before starting dialysis. However, no matter how long someone has been on dialysis, a transplant from a live donor is preferable to a deceased donor for many reasons, including improved kidney graft function.

Preemptive transplant is especially beneficial for patients with type 1 diabetes who need both a kidney transplant and a subsequent deceased donor pancreas transplant.

...having a live donor is the most common and best way to get a transplant before starting dialysis. However, no matter how long someone has been on dialysis, a transplant from a live donor is preferable to a deceased donor for many reasons including improved kidney graft function.

Preemptive transplant is especially beneficial for patients with type 1 diabetes who need both a kidney transplant and a subsequent deceased donor pancreas transplant.

## Better Quality of Life

Even though kidney transplant is major surgery with a phased recovery period, it can, in comparison to dialysis, offer you the opportunity for a longer, more satisfying life. Most patients who have been on dialysis and then had a transplant report having more energy, a less restricted diet, and fewer complications with a transplant than if they had stayed on dialysis. Transplant patients are also more likely to return to work after their transplant than dialysis patients.

## Here to Help

Your transplant team is here to help you evaluate your health options early on, and make the treatment choice that is right for you. We can help you understand the risks and benefits of transplant surgery versus dialysis, and the advantages of having a live donor kidney compared to a deceased donor organ. We will carefully and clearly explain your options, offer advice and support, and help you and your loved ones make the best treatment choice.




**CONNECT WITH US:**
  

Read our BIDMC
E-Letters

# Exhibit C

# National Kidney Foundation

**Donate**

Organ Donation and Transplantation Statistics

As of June 21, 2013

- There are currently 118,617 people waiting for lifesaving organ transplants in the U.S. Of these, 96,645 await kidney transplants.

- Last year, 16,812 kidney transplants took place in the U.S. Of these, 11,043 came from deceased donors and 5,769 came from living donors.

- Living Donor Age Breakdown:
  - Ages 18-34: 28.6%
  - Ages 35-49: 42.2%
  - Ages 50-64: 27.5%
  - Age 65+: 1.6%

- Living Donor Gender Breakdown:
  - Male: 38.4%
  - Female: 61.6%

- Living Donor Ethnicity Breakdown:
  - White/Caucasian: 70.1%
  - Black: 11.8%
  - Hispanic: 13.6%
  - Asian: 3.5%

- Living donor relationship to recipient:
  - Parent to child: 508
  - Child to parent: 880
  - Identical twin: 12
  - Full sibling: 1,133
  - Half sibling: 61
  - Other relative: 437
  - Spouse or life partner: 711
  - Unrelated anonymous donor: 165

- **Other Key Facts:**
  - On average:
    - Nearly 3,000 new patients are added to the kidney waiting list each month.
    - 13 people die each day while waiting for a lifesaving transplant
    - Every 10 minutes someone is added to the transplant list
  - Last year, 4,903 patients died while waiting for a kidney transplant.
  - Acceptable organ donors can range in age from newborn to 65 years or more.
  - Donor organs are matched to waiting recipients by a national computer registry called the National Organ Procurement and Transplantation Network (OPTN). This computer registry is operated by an

# Exhibit D

# Costs per Patient

- ESRD annual expenditures per patient have increased slightly in recent years.
- From 2006 to 2007, transplant costs per patient decreased but increased again in 2008.
- Yearly costs for treating a patient on HD are nearly triple the costs for treating a transplant patient



Annual ESRD Treatment Costs per Patient for HD, PD, Transplantation (Tx), and all ESRD

[Top]

# Exhibit E



most regulated areas of health care today.

Both state and federal legislation has been put in place to provide the safest and most equitable system for allocation, distribution, and transplantation of donated organs.

The Health Resources and Services Administration (HRSA) is the Federal agency with responsibility for oversight of the transplant system in the United States.

## U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADVISORY COMMITTEE ON ORGAN TRANSPLANTATION

The Advisory Committee on Organ Transplantation (ACOT) was established to assist the HHS Secretary in

- Enhancing organ donation
- Ensuring that the system of organ transplantation is grounded in the best available medical science
- Assuring the public that the system is as effective and equitable as possible
- Increasing public confidence in the integrity and effectiveness of the transplantation system

**For more information:**

- Justice
- Recommendations to the HHS Secretary
- Members
- Legislative Authority
- Charter/Press Releases

### ORGAN PROCUREMENT AND TRANSPLANTATION NETWORK POLICIES AND REPORTS

To address the nation's critical organ donation shortage and improve the organ matching and placement process, the U.S. Congress passed the National Organ Transplant Act in 1984. The act established the Organ Procurement and Transplantation Network (OPTN) to maintain a national registry for organ matching.

The act also called for the network to be operated by a private nonprofit organization under federal contract. The United Network for Organ Sharing (UNOS), based in Richmond, VA administers the OPTN under contract with the Health Resources and Services Administration (HRSA) of the U.S. Department of Health and Human Services (HHS).

> Find out more

and Drug Administration (FDA). All these agencies are part of the U.S. Department of Health and Human Services.

State laws facilitate organ and tissue donation commitments and make transplants happen.

**Explore the _____ linkage to examine existing state-level organ donation laws.**

### LEGISLATION AND LEGISLATIVE HISTORY

A list of significant federal laws and regulations enacted since the field of transplant medicine began is contained in the link below:

> Series 1984 Statutes and Regulations

### TIMELINE OF HISTORICAL EVENTS

A list of the significant milestones that have occurred in organ donation and transplantation is contained in the link below

> History of Organ Transplantation in the U.S.




# Exhibit F

Health & Human Services

# OPTN Organ Procurement and Transplantation Network

data

The OPTN's secure transplant information database contains all national data on the candidate waiting list, organ donation and matching, and transplantation. This system is critical in helping organ transplant institutions match waiting candidates with donated organs. Institutions also rely on the database to manage time-sensitive, life-critical data of all candidates, before and after their transplants.

To learn more about transplant data, or to view a report, choose one of the following options:

About Data
View Data Reports
Organ Datasource
Request Data
Citing Data

Waiting list candidates as of today 6:54am

All •

| | |
|---|---|
| Kidney | 120,853 |
| Pancreas | 98,841 |
| Kidney/Pancreas | 1,178 |
| Liver | 2,014 |
| Intestine | 15,797 |
| | 262 |

# Exhibit G

# ESRD Costs

Treating ESRD patients cost the United States over $40 billion in public and private funds in 2009.

### ESRD Costs in Billions



Total $16.74
1998
$12.04
$4.70

Total $19.35
2000
$13.82
$5.53

Total $31.99
2005
$21.31
$10.68

Total $42.50
2009
$29.03
$13.47

[Top]

## Costs per Patient

- ESRD annual expenditures per patient have increased slightly in recent years
- From 2006 to 2007, transplant costs per patient decreased but increased again in 2008.
- Yearly costs for treating a patient on HD are nearly triple the costs for treating a transplant patient.

# Exhibit H

# Nephrectomy (kidney removal)

Expert Answers

Print  Reprints

Share on

## Question

Kidney donation: Are there long-term risks?

## I'm considering kidney donation. Are there long-term risks?

## Answer
from Erik P. Castle, M.D.

Research has shown that there's little long-term risk for kidney donation provided you're carefully screened before becoming a donor. As a potential kidney donor, you'll receive a thorough medical exam to determine whether you're a good match for the potential recipient. And you'll be carefully checked to make sure you don't have any health problems that might be made worse by donating a kidney.

Kidney donation involves major surgery, and there are risks including bleeding and infection. After your kidney is removed (nephrectomy), you'll spend time recovering in the hospital and at home. With time, your remaining kidney will enlarge as it takes on additional blood flow and filtration of wastes.

Your long-term survival rate, quality of life, general health status and risk of kidney failure are about the same as that for people in the general population who aren't kidney donors. Regular checkups, including monitoring of your kidney function and blood pressure, generally are recommended to evaluate your health after kidney donation.

With Mayo Clinic urologist
**Erik P. Castle, M.D.**
read biography

advertisement



## Mayo Clinic products and services

Kidney cancer treatment at Mayo Clinic

## Free E-newsletter
Subscribe to Housecall

Our weekly general interest e-newsletter keeps you up to