UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 1:13-cv-13195-LTS

JAMES T. RICHARDS

VS.

U.S. ATTORNEY GENERAL ERIC HOLDER

**AMENDED COMPLAINT**

**Challenge to Constitutionality of the ban on compensation for human organs in the National Organ Transplant Act ("NOTA"), 42 U.S.C. Sec. 274e(a) and (b), as applied to kidneys and all other organs**

**PARTIES AND JURISDICTION**

1) Plaintiff James T. Richards (hereafter, "Richards") is a citizen of Massachusetts who resides at 4 Martindale Rd., Randolph, MA 02368 and has resided at that address for more than six years.

2) Defendant Eric Holder ("Attorney General Holder") is the Attorney General of the United States with an office at U.S. Dept. of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530-0001.

3) Attorney General Holder is responsible for enforcing 42 U.S.C. Sec. 274e(a) and (b).

1

4) Richards is currently suffering from end-stage renal disease ("ESRD").

5) Richards' kidneys were destroyed by high doses of lithium carbonate which were prescribed to him by American doctors.

6) In the summer of 2012 at Beth Israel Deaconess Hospital in Boston, Richards was found to be eligible for a kidney transplant after taking a battery of medical and blood tests.

7) Richards has asked his family members if anyone is willing to donate him a kidney, but none is willing or able to do so.

8) Richards doesn't know anyone else who is willing to donate him a kidney.

9) In 2012, Richards became eligible for a "perfect match" kidney.

10) According to the U.C. Davis Transplant Center, "The chance of a perfect or six-antigen match between two unrelated people is about one in 100,000." (Exhibit A)

11) Richards has been informed by his kidney doctor, D. Bora Hazar, M.D. of Carney Hospital in Dorchester, Mass., and his kidney transplant surgeon, Didier Mandelbrot, M.D. of Beth Israel Deaconess Medical Center of Boston, Mass., that if a perfect match doesn't appear, he will have to wait from 4-5 years for a kidney.

12) According to Richards' kidney doctor, D. Bora Hazar, M.D. and his transplant doctor, Didier Mandelbrot, M.D., a kidney

transplant would be a much healthier option for Richards than kidney dialysis.

13) Richards cannot purchase a kidney due to 42 U.S.C. 274(e).

14) According to the National Kidney and Urologic Diseases Information Clearinghouse (NKUDIC), one of the institutes of the National Institutes of Health (NIH), the 5-year survival rate for transplant patients is 85.5 percent, compared to a 5-year survival rate of 35.8 percent for dialysis patients.

15) The longer Richards is on dialysis, the less likely he will be able to have a successful kidney transplant.

16) There are two types of dialysis: hemodialysis and peritoneal dialysis.

17) Either type of dialysis available to Richards will require that he be hooked up to a machine for 3-5 days a week, from 4-6 hours at a time, and require that he radically change his diet.

18) Richards began hemodialysis on November 15, 2013.

19) In the nine sessions that Richards has so far been treated by hemodialysis, he has fainted on one occasion from low blood pressure and anemia; he has had two "infiltrations" of the needle to the outside of his blood vessels which necessitated the termination of the dialysis; the machine he is tied to has clotted on two or three occasions; he repeatedly gets painful cramps in his legs and elsewhere; on two occasions he was hit

with a furious wave of intense itching all over his body; during the times when the dialysis terminates prematurely, he loses up to .3 liters of blood, according to one of the clinic's technicians; and he typically leaves the clinic light-headed and when he returns home he must rest for a couple of hours to slough off the effects of the dialysis.

20) According to the NKUDIC, treating patients with End-Stage Kidney Disease cost the U.S. over $40 billion in public and private funds in 2009. (Exhibit G)

21) According to the National Kidney Foundation, in 2012, 4,903 patients died while awaiting for a kidney transplant, which comes to about 13 patients per day. (Exhibit C)

22) Dialysis companies, certain pharmaceutical companies and other companies which make money from dialysis, and many doctors, benefit far more financially when patients are on dialysis as opposed to when patients get transplants.

23) According to the National Kidney and Urologic Diseases Information Clearinghouse (NKUDIC), one of the institutes of the National Institutes of Health (NIH), in 2009 it cost about $80,000 per year to keep a person on hemodialysis, which is the type of dialysis Richards is on. (Exhibit D)

24) Also according to the NKUDIC, it costs about $30,000 annually to take care of a person with a kidney transplant. (Exhibit D)

25) Richards' family would be willing to pay a person up to $50,000 or more for a kidney if not for the NOTA law prohibiting such transactions.

26) There are probably hundreds of thousands of Americans who would be willing to sell one of their kidneys to Richards or someone else for $50,000 or more.

27) There are hundreds of thousands or millions of Americans who live in unsafe neighborhoods which have poor schools, and the only way they'll ever make it out of their unsafe neighborhoods and move to neighborhoods which have better schools for their children is to sell one of their kidneys.

28) Allowing patients with ESRD to purchase kidneys, or allowing their insurance companies or Medicare to purchase kidneys, would be a huge financial blow to doctors, dialysis companies, pharmaceutical companies and other companies which make money from dialysis.

29) Doctors, dialysis companies, certain pharmaceutical companies and other companies which make money from dialysis have lobbyists and they contribute to Congressmen so that these doctors and companies might continue to make money from dialysis, even if it kills nearly 5000 Americans each year.

30) According to the Beth Israel Deaconess Medical Center (Exhibit B):

While dialysis is a lifesaving treatment, it performs only about 10 percent of the work a functioning kidney does. Also, because of its impact on the body, dialysis can cause other serious health problems and complications including:

- anemia....
- bone disease
- high blood pressure
- heart disease
- nerve damage
- infection

As a result, the average life expectancy for a patient on dialysis is generally <u>five years</u>....

On the other hand, patients who receive a kidney transplant typically live longer than those who stay on dialysis. A living donor kidney functions, on average, 12-20 years, and a deceased donor kidney from 8-12 years.

<u>Patients who get a kidney transplant before dialysis live an average of 10 to 15 years longer than if they stayed on dialysis</u>....

<u>[R]esearch shows that getting a transplant so`oner rather than later is generally the best approach because of the health problems dialysis can cause over time</u>....

> Patients who wait for a transplant on dialysis for two years are <u>three times more likely to lose</u> their transplanted kidney than those patients who wait less than six months on dialysis. [emphasis added] <u>Even the benefits of a live donor kidney transplant may fade away if you wait too long (more than two years) on dialysis</u>. So given the choice, patients who find a donor match and opt for transplantation tend to do better than those who elect to live on dialysis." [emphasis added throughout]

31) According to Mayo Clinic urologist Erik P. Castle, M.D. (Exhibit H), for people who donate kidneys:

> ...Your long-term survival rate, quality of life, general health status and risk of kidney failure are about the same as that for people in the general population who aren't kidney donors. [emphasis added]

32) The National Organ Transplant Act ("NOTA") (1984 Pub.L. 98-507) was approved October 19, 1984 and was amended in 1988 and 1990.

33) As stated on www.organdonor.gov/legislation, a website of the U.S. Dept. of Health and Human Services, "To address the nation's critical organ donation shortage and improve the

organ matching and placement process, the U.S. Congress passed the National Organ Transplant Act in 1984." (Exhibit E)

34) NOTA did not improve the critical organ donation shortage as it was allegedly meant to do.

35) According the Organ Procurement and Transplantation Network of the U.S. Dept. of Health and Human Services, as of December 4, 2013 at 6:54 a.m., there are 98,841 people waiting for a kidney transplant. (Exhibit F)

36) If it were legal to purchase kidneys from live and deceased donors, it wouldn't take long for everyone waiting for a kidney transplant to get a kidney.

37) 42 U.S.C. Sec. 274e(a) and (b) are the codified sections of the National Organ Transplant Act which prohibit compensation for human organs as applied to kidneys and all other human organs.

38) That part of NOTA codified at 42 U.S.C. Sec. 274e(a) specifically states "It shall be unlawful for any person to knowingly acquire, receive, or otherwise transfer any human organ for valuable consideration for use in human transplantation if the transfer affects interstate commerce...."

39) 42 U.S.C. Sec. 274e(b) states that "Any person who violates subsection(a) of this section shall be fined not more than $50,000 or imprisoned not more than five years, or both."

8

40) 42 U.S.C. Sec. 274e(c) states that "For purposes of subsection (a) of this section: (1) The term "human organ" means the human (including fetal) kidney, liver, heart, lung, pancreas, bone marrow, cornea, eye, bone, and skin or any subpart thereof and any other human organ (or any subpart thereof, including that derived from a fetus) specified by the Secretary of Health and Human Services by regulation."

41) 42 U.S.C. Sec. 274(c)(3) states that: "For purposes of this section... (3) The term 'interstate commerce' has the meaning prescribed for it by section 321(b) of Title 21.

42) 21 U.S.C. 321(b) states: "For purposes of this Act... (b) The term 'interstate commerce' means (1) commerce between any State or Territory and any place outside thereof; and (2) commerce within the District of Columbia or within any other Territory not organized with a legislative body."

43) 42 U.S.C. Sec. 274e(a) and (b) put Richards in that category of people who have a higher risk of dying 7-15 years earlier than they otherwise would because they cannot legally purchase or otherwise obtain a kidney from a live donor in the immediate future.

44) 42 U.S.C. Sec. 274e(a) and (b) as applied to Richards amount to a deprivation of life without due process of law, in violation of the Fifth Amendment to the Constitution, which

9

states in applicable part that: "[No person shall]... be deprived of life... without due process of law."

45) 42 U.S.C. Sec. 274e(a) and (b) as applied to Richards amount to a deprivation of liberty without due process of law, in violation of the Fifth Amendment to the Constitution, which states in applicable part that: "[No person shall]... be deprived of liberty... without due process of law."

46) The government could easily safeguard kidney donors by having the government itself set the price and conditions for selling kidneys, rather than have transactions occur in a free market, which is subject to certain risks and exploitation.

47) Richards is in good health except for his kidneys and thyroid gland.

48) Richards' thyroid gland was damaged by the same medication which damaged his kidneys.

49) Richards' other organs are healthy, except for his kidneys and thyroid gland.

50) Richards wants his liver, heart, lungs, pancreas, bone marrow, cornea, eyes, bones, and skin and all parts thereof to be sold once he dies so that he might be able to pass down some money to his heir(s).

51) 42 U.S.C. Sec. 274e(a) and (b) prohibit Richards or anyone on his behalf from selling any of his organs once he dies, or

when he is about to die, or before he dies for delivery upon his death.

52) The U.S. government will not give Richards compensation for the value of his organs which the government has prohibited him from selling.

53) 42 U.S.C. Sec. 274e(a) and (b) amount to an uncompensated taking of property from Richards under the Just Compensation clause of the Fifth Amendment to the Constitution, which states, "...nor shall private property be taken for public use, without just compensation."

Wherefore, plaintiff seeks the following:

1) A ruling by the Court that 42 U.S.C. Sec. 274e(a) and (b) are unconstitutional;

2) A preliminary injunction prohibiting the enforcement of 42 U.S.C. Sec. 274e(a) and (b) as applied to Richards;

3) A Declaratory Judgment that 42 U.S.C. 274(e) does not apply to Richards so long as he purchases an organ from someone inside Massachusetts

4) Whatever other relief the court deems appropriate.

Date: January 16, 2014        Respectfully submitted,

_James T. Richards_
James T. Richards, pro se
4 Martindale Rd.
Randolph, MA 02368
781-963-4395

11

**CERTIFICATE OF SERVICE**

I, James T. Richards, hereby certify that I have served copies of the following document to U.S. Attorney General Eric Holder, U.S. Dept. of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530-0001 and Civil Clerk, U.S. Attorney's Office, 1 Courthouse Way, Ste. 9200, Boston, MA 02210 via first-class mail, postage prepaid.

1) Amended Complaint.

Signed under the pains and penalties of perjury this 16th day of January, 2014.

*/s/ James T. Richards*
James T. Richards
4 Martindale Rd.
Randolph, MA 02368
781-963-4395